USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Farmer, *et al.*,

Defendant.

12-cr-758 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received Mr. Farmer's letter motion for early termination of supervised release. Dkt. No. 131. The Government is ordered to respond by October 21, 2021. Mr. Farmer will then have until October 28, 2021 to file a reply, if he so chooses.

SO ORDERED.

Dated: October 7, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge