

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2021

**By Email**

Honorable Alison J. Nathan
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Dee Farmer, a/k/a "Benjamin Davis," a/k/a "George Seward,"* **12 Cr. 758 (AJN)**

Dear Judge Nathan:

    The Government writes to respectfully request a two-week extension to respond to defendant Dee Farmer's motion requesting early termination of supervised release in the above-captioned matter, dated October 5, 2021 (ECF No. 131 (the "Motion").

    On October 7, 2021, Your Honor ordered the Government to respond to the Motion by last Thursday, October 21, 2021 (ECF No. 132). The Assistant United States Attorney that was previously assigned to this matter is no longer employed by the United States Attorney's Office and so the Government did not file a response by Your Honor's deadline. Today, the Government became aware of the missed deadline and assigned the matter to me.

    I apologize on behalf of the Government for missing the Court's deadline and respectfully request a two-week extension to November 4, 2021 to file the Government's response to the Motion.

**SO ORDERED.**

*[signature]*

10/26/2021

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
    Matthew J. King
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2384
    Matthew.king2@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021