USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

               Plaintiff,

—v—

Dee Deidre Farmer,

               Defendants.

12-cv-758 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Before the Court is Defendant Dee Farmer's request for the early termination of her supervised release term. Dkt. No. 139. Neither Ms. Farmer's probation officer nor the United States Attorney's Office have made any objection to this request. In light of the foregoing, this motion is GRANTED.

    SO ORDERED.

Dated: January 13, 2022
       New York, New York

                                        _____
                                        ALISON J. NATHAN
                                        United States District Judge